MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Plaintiff VeriFone, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERIFONE, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>A CAB, LLC, a Nevada limited liability company,<br><br>             Defendant. | Case No. 2:15-cv-00157-GMN-GWF<br><br>**STIPULATION AND ORDER TO AMEND ANSWER AND COUNTERCLAIM** |

      Plaintiff VeriFone, Inc. ("Verifone") and defendant A Cab, LLC ("A Cab") stipulate that A Cab be permitted to amend its Answer and Counterclaim (#7) as requested in its Motion to Amend Answer and Counterclaim (#9) (the "Motion").  Upon the Court's approval of this stipulation, A Cab shall immediately file the Amendment to Answer to Complaint and Counterclaim ("Amended Counterclaim") that is attached as Exhibit A to the Motion.  Verifone shall have 14 days from the date that A Cab files the Amended Counterclaim to plead or otherwise respond to the

Amended Counterclaim.  *See* Fed. R. Civ. P. 15(a)(3).  Pursuant to this agreement, the Motion will be denied as moot.

| MORRIS LAW GROUP | RODRIGUEZ LAW OFFICES, P.C. |
|---|---|
| By /s/ Raleigh C. Thompson<br>  Robert McCoy, Bar No. 9121<br>  Raleigh C. Thompson,<br>  Bar No. 11296<br>  900 Bank of America Plaza<br>  300 South Fourth Street<br>  Las Vegas, Nevada  89101 | By /s/ Esther C. Rodriguez<br>  Esther C. Rodriguez, Bar No. 6473<br>  10161 Park Run Drive, Suite 150<br>  Las Vegas, Nevada  89145<br><br>Attorneys for Defendant<br>A Cab, LLC |

Attorneys for Plaintiff
VeriFone, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: March 17, 2015

2