Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com
*Attorneys for Defendant A Cab, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VERIFONE, INC., a Delaware corporation, | Case No.: C:15-cv-00157-GMN-GWF |
| Plaintiff, | |
| v. | |
| A CAB, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR**

**DEFENDANT A CAB, LLC'S RESPONSES TO PLAINTIFF'S**

**MOTION TO DISMISS AMENDED COUNTERCLAIM**

**AND MOTION TO SEAL EXHIBIT 2 TO**

**MOTION TO DISMISS AMENDED COUNTERCLAIM**

Plaintiff Verifone, Inc., and Defendant A Cab, LLC stipulate that Defendant A Cab shall file and serve its points and authorities in response to Plaintiff's Motion to Dismiss Amended Counterclaim (Document 16) and Plaintiff's Motion to Seal Exhibit 2 to Motion to Dismiss Amended Counterclaim (Document 18), on or before May 11, 2015.

. . .

. . .

. . .

. . .

. . .

. . .

The parties further agree that Plaintiff shall file and serve its reply points and authorities on or before May 22, 2015.

DATED this 29th day of April, 2015.

| **MORRIS LAW GROUP** | **RODRIGUEZ LAW OFFICES, P.C.** |
|---|---|
| By: /s/ Raleigh C. Thompson, Esq.<br>Raleigh C. Thompson, Esq.<br>Nevada Bar No. 11296<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ Esther C. Rodriguez, Esq.<br>Esther C. Rodriguez, Esq.<br>Nevada Bar No. 6473<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant A Cab, LLC* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/30/2015**