KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Plaintiff/Counterdefendant
VeriFone, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERIFONE, INC., a Delaware corporation,<br><br>              Plaintiff,<br>v.<br><br>A CAB, LLC, a Nevada limited liability company,<br><br>              Defendant. | Case No. 2:15-cv-00157-GMN-GWF<br><br>**STIPULATION AND ORDER** |
| A CAB, LLC, a Nevada limited liability company,<br><br>              Counterclaimant,<br>v.<br><br>VERIFONE, INC., a Delaware corporation,<br><br>              Counterdefendant | |

Plaintiff and defendant agree that the Court order the appearance of the following witnesses at the following depositions in Las Vegas, Nevada:

1. Jay Nady on Monday, April, 25, 2016;

2. Amos Tamam, both individually and as designated Rule 30(b)(6) witness for VeriFone, Inc. on Wednesday, April 27, 2016;

3. Michael Malloy on Tuesday, May 10, 2016; and

4. Aristeo Layson on Wednesday, May 11, 2016.

| KAEMPFER CROWELL | RODRIGUEZ LAW OFFICES, P.C. |
|---|---|
| By /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Joni A. Jamison, No. 11614<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorneys for Plaintiff/Counterdefendant<br>VeriFone, Inc. | By /s/ Esther C. Rodriguez<br>Esther C. Rodriguez, No. 6473<br>10161 Park Run Drive<br>Suite 150<br>Las Vegas, Nevada 89145<br><br>Attorneys for Defendant/Counterclaimant<br>A Cab, LLC |

**ORDER**

IT IS SO ORDERED.

_____
**GEORGE FOLEY, JR.
United States Magistrate Judge**

**DATED:  April 25, 2016**