Esther C. Rodriguez, Esq.
Nevada Bar No. 6473
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-320-8400
info@rodriguezlaw.com
*Attorneys for Defendant A Cab, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERIFONE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>A CAB, LLC, a Nevada Limited Liability Company,<br><br>    Defendants.<br>_____<br>A CAB, LLC, a Nevada Limited Liability Company,<br><br>    Counterclaimant,<br><br>v.<br><br>VERIFONE, INC., a Delaware Corporation,<br><br>    Counterdefendant. | Case No.: C:15-cv-00157-GMN-GWF |

**STIPULATION AND ORDER EXTENDING TIME FOR**

**DEFENDANT A CAB, LLC'S RESPONSE TO PLAINTIFF'S**

**MOTION TO DISMISS THIRD AMENDED COUNTERCLAIM (FIRST REQUEST)**

Plaintiff Verifone, Inc., and Defendant A Cab, LLC stipulate that Defendant A Cab shall file and serve its points and authorities in response to Plaintiff's Motion to Dismiss Third Amended Counterclaim (Document 55), on or before January 20, 2017.

. . .

. . .

. . .

. . .

The parties further agree that Plaintiff shall file and serve its reply points and authorities on or before February 1, 2017.

DATED this  3rd  day of January, 2017.

| **KAEMPFER CROWELL** | **RODRIGUEZ LAW OFFICES, P.C.** |
|---|---|
| By: /s/ Robert McCoy, Esq.<br>Robert McCoy, Esq.<br>Nevada Bar No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* | By: /s/ Esther C. Rodriguez, Esq.<br>Esther C. Rodriguez, Esq.<br>Nevada Bar No. 6473<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant A Cab, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT JUDGE

Dated this  5  day of January, 2017.