KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Plaintiff/Counterdefendant
VeriFone, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERIFONE, INC., a Delaware corporation,<br><br>               Plaintiff,<br>v.<br><br>A CAB, LLC, a Nevada limited liability company,<br><br>               Defendant. | Case No. 2:15-cv-00157-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| A CAB, LLC, a Nevada limited liability company,<br><br>               Counterclaimant,<br>v.<br><br>VERIFONE, INC., a Delaware corporation,<br><br>               Counterdefendant | |

Plaintiff/counterdefendant VeriFone, Inc. and defendant/counterclaimant A Cab, LLC stipulate to dismiss all claims and counterclaims with prejudice, each party to bear its own fees and costs.

| KAEMPFER CROWELL | RODRIGUEZ LAW OFFICES, P.C. |
|---|---|
| By /s/ Robert McCoy | By /s/ [signature] |
| Robert McCoy, No. 9121 | Esther Rodriguez, No. 6473 |
| Joni A. Jamison, No. 11614 | 10161 Park Run Drive |
| 1980 Festival Plaza Drive | Suite 150 |
| Suite 650 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89135 | |
| Attorneys for VeriFone, Inc. | Attorney for A Cab, LLC |

**ORDER**

IT IS SO ORDERED.

Dated this 18 day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT